US TECHNOLOGY CORPORATION,
Plaintiff–Appellant,

v.

Stephen L. JOHNSON, In his official capacity as Administrator, U.S. Environmental Protection Agency; Chris Korleski, In his capacity as Director, Ohio Environmental Protection Agency, Defendants–Appellees.

No. 09–3224.

United States Court of Appeals,
Sixth Circuit.

Jan. 8, 2010.

Before: MARTIN, BOGGS, and WHITE, Circuit Judges.

PER CURIAM.

In this appeal, United States Technology Corporation appeals the district court's dismissal of its request for injunctive and declaratory relief. Having reviewed the briefs and records in this case, we concur with the district court's well-reasoned opinion and **AFFIRM** its judgment. *US Technology Corp. v. Stephen L. Johnson, et al.,* No. 2:08–CV–82, 2009 WL 86745 (S.D.Ohio Jan. 13, 2009).